# AMENDED
# SCHEDULE C - PROPERTY CLAIMED EXEMPT

Peter Albert Prescotte _____ Debtor           Case No. 07-50082 _____

The debtor elects all exemptions to which the debtor is entitled under applicable state or otherwise applicable non-bankruptcy federal laws, state laws or local laws of the State of Missouri. The debtor does not claim any exemption in any amount greater than permitted by the applicable exemption law.

This Schedule C is applicable to Chapter 13 only. If the debtor converts to another chapter of the bankruptcy code, the debtor will file an amended Schedule C to specifically set out claimed exemptions of property.

If the debtor is not qualified to claim Missouri exemptions, this Schedule C is null and void.

This Schedule C should only be used in cases where the Petition was filed on or after October 17, 2005.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

IN RE: )
)
**Peter Albert Prescotte** )  Case No.
)
)
Debtor(s) )
)

# AMENDED - VERIFICATION OF SCHEDULES (OR AMENDED SCHEDULES) AND SUMMARY OF SCHEDULES

I, **Peter Albert Prescotte**, named as the debtor(s) in this case, declare under the penalty of perjury that I/we have read the foregoing Summary and Schedules or Amended Schedules, consisting of __1__ pages, and that they are true and correct to the best of my/our knowledge, information, and belief.

Date: **4/18/2007**

s/ Peter Albert Prescotte
**Peter Albert Prescotte**
Signature of Debtor

Instructions: File with original schedules or amended schedules.