# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  PETER ALBERT PRESCOTTE

                                              Case No.:  07-50082-jwv-13

**Debtor**

## WITHDRAWAL OF OBJECTION TO DEBTORS CLAIM EXEMPTIONS

Comes now Richard V. Fink, Chapter 13 Trustee, and requests the Court withdraw the trustee's OBJECTION TO DEBTORS CLAIM EXEMPTIONS (document # 18) filed on or about March 29, 2007, and in support thereof states:

1)  On or about March 29, 2007, the trustee filed a(n) OBJECTION TO DEBTORS CLAIM EXEMPTIONS.

Based on the foregoing, the trustee requests that the Court withdraw the OBJECTION TO DEBTORS CLAIM EXEMPTIONS.

April 20, 2007

                                                                    Respectfully Submitted,

                                                                    /s/ Richard V. Fink, Trustee
                                                                     Richard V. Fink, Trustee
                                                                     818 Grand Blvd., Ste. 800
                                                                     Kansas City, MO 64106-1901

## NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

Christopher T Patterson Esq
C/O Patterson Law Office Llc
7000 Nw Prairie View Rd # 160
Kansas City MO 64151

                                                                    /s/ Richard V. Fink, Trustee

                                                LB     /Withdrawal - No Creditor