## CERTIFICATE OF SERVICE

DEBTOR 1 NAME: PETER ALBERT PRESCOTTE            CASE NUMBER: 0750082
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on  04/20/2007   :

By First Class Mail :

PETER ALBERT PRESCOTTE, , 9918 NW 71ST TERR, , PARKVILLE MO, 641520000,

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:  04/20/2007            Signature: _____*Robert J. Wallace, Jr.*_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  PETER ALBERT PRESCOTTE

Case No.:  07-50082-jwv-13

Debtor

## WITHDRAWAL OF OBJECTION TO DEBTORS CLAIM EXEMPTIONS

Comes now Richard V. Fink, Chapter 13 Trustee, and requests the Court withdraw the trustee's OBJECTION TO DEBTORS CLAIM EXEMPTIONS (document # 18) filed on or about March 29, 2007, and in support thereof states:

1) On or about March 29, 2007, the trustee filed a(n) OBJECTION TO DEBTORS CLAIM EXEMPTIONS.

Based on the foregoing, the trustee requests that the Court withdraw the OBJECTION TO DEBTORS CLAIM EXEMPTIONS.

April 20, 2007

Respectfully Submitted,

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
818 Grand Blvd., Ste. 800
Kansas City, MO 64106-1901

### NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

Christopher T Patterson Esq
C/O Patterson Law Office Llc
7000 Nw Prairie View Rd # 160
Kansas City MO 64151

/s/ Richard V. Fink, Trustee

LB    /Withdrawal - No Creditor