# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

**In re:  PETER ALBERT PRESCOTTE**

**Case No.:  07-50082-jwv-13**

**Debtor**

## CHAPTER 13 TRUSTEE'S CERTIFICATION
## CONCERNING CONFIRMATION OF DEBTOR'S PLAN

Comes now Richard V. Fink, Chapter 13 Trustee, and for his certification states as follows:

He is the Standing Chapter 13 Trustee and has reviewed debtor's schedules and plan and has conducted a Section 341(a) meeting of creditors. The proposed plan appears to be feasible, submitted in good faith, and not for any reason prohibited by law, and complies with applicable provisions of 11 U.S.C.  The debtor has sworn under oath that all tax returns required to have been filed for the past four years, have in fact been filed or arrangements satisfactory to the taxing authority have been made.  All payments due the trustee from the debtor are substantially current.  The trustee is not aware of any objection to or rejection of the plan that has not been resolved, withdrawn or ruled upon.

May 08, 2007

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901

LB      /Certification Confirmation