Form 210A (10/06)

TRUSTEE NON-ELECTRONIC
PRESCOMO0004

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI, KANSAS CITY DIVISION

In re __PETER ALBERT PRESCOTTE__      Case No. ___07-50082-JWV-13___

PETER A PRESCOTTE

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pusuant to Rule 3001(e)(2), Fed R. Bankr., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Bank of America N A USA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

eCAST Settlement Corporation
POB 35480
Newark NJ 07193-5480

Court Claim # (if known): ___6___

Amount of Claim: ___9,257.00___

Date Claim Filed: ___03/20/2007___

Phone: ___610-644-7800___          Phone: ___800-671-2115___
Last Four of Acct #: ___3647___        Last Four of Acct #: ___3647___
Last Four of Alternate Acct #: ___6629___   Last Four of Alternate Acct #: ___6629___

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/Alane A. Becket___          Date: ___05/21/2007___
Alane A. Becket, Esquire, PA65451
Becket & Lee LLP, Attorney/Agent for Creditor

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BAC70530