## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE | ) |
| | ) |
| PETER ALBERT PRESCOTTE, | ) Chapter 13 |
| | ) Case No. 07-50082-JWV-13 |
| | ) |
| Debtor(s). | ) |

## WITHDRAWAL OF MOTION TO DISMISS

COMES NOW the Missouri Department of Revenue and hereby withdraws its Motion to Dismiss in this case filed on or about May 9, 2007.

Jeremiah W. (Jay) Nixon, Attorney General
State of Missouri

**By:   /s/ Susan L. Lissant**
Susan L. Lissant, Mo. Bar # 56970
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531  FAX (573) 751-7232
E-Mail:  bankruptcy@dor.mo.gov
Attorney for Department of Revenue.