# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: PETER ALBERT PRESCOTTE                           CASE NUMBER: 0750082
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on _08/08/2007_ :

By First Class Mail :

PETER ALBERT PRESCOTTE, , 9918 NW 71ST TERR, , PARKVILLE MO, 641520000,

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date: __08/08/2007_____    Signature: _____*Robert J. Wallace, Jr.*_____
                                         Premium Graphics, Inc.
                                         2099 Thomas Road Suite 10
                                         Memphis, TN 38134

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re: Peter Albert Prescotte
SSN: XXX-XX-2254

Case No.: 07-50082-jwv-13
Judge: Jerry W. Venters
Dated: August 08, 2007

## NOTICE ALLOWING/DISALLOWING CLAIMS

Pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that these claims be allowed as set out below or disallowed as "not filed", unless an objection is filed and the Court enters an Order which provides different treatment.

| Creditor | Claim Info | Payment Info |
|---|---|---|
| At&T<br>Po Box 930170<br>Dallas, TX 75393-0170 | Court Claim No.: Not Filed<br>Trustee Claim No.: 2<br>% to be Paid: 100.00 %<br>Claim Amount: Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: |
| Atmos Energy Corporation<br>Attn: Bankruptcy Department<br>Po Box 650205<br>Dallas, TX 75265-0205 | Court Claim No.: Not Filed<br>Trustee Claim No.: 3<br>% to be Paid: 100.00 %<br>Claim Amount: Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 08660 |
| Capital One Bank<br>C/O Tsys Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Court Claim No.: 4<br>Trustee Claim No.: 5<br>% to be Paid: 100.00 %<br>Claim Amount: $3,596.41 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 48TDM62144978189 |
| Capital One Bank<br>C/O Tsys Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Court Claim No.: 3<br>Trustee Claim No.: 16<br>% to be Paid: 100.00 %<br>Claim Amount: $1,047.70 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 43TDM82357487811 |
| Chase Home Finance Llc Ca<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127 | Court Claim No.: 2<br>Trustee Claim No.: 17<br>% to be Paid: 100.00 %<br>Claim Amount: $4,149.00 | Monthly Payment: $0.00<br>Claim Type: Mortgage Arrearage<br>Interest Rate: 0.00 %<br>Account: 7691 |

TBD = To Be Determined    Page 1 of 4    CRJ  /NTAC

Case No.: 07-50082-jwv-13          Debtor: Peter Albert Prescotte

| Creditor | Claim Info | Payment Info |
|---|---|---|
| Chase Home Finance Llc Ca<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127 | Court Claim No.: 1<br>Trustee Claim No.: 18<br>% to be Paid: Direct<br>Claim Amount: $26,095.16 | Monthly Payment: N/A<br>Claim Type: Home Mortgage Payment<br>Interest Rate: N/A<br>Account: 7048 |
| Chase Home Finance Llc Ca<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127 | Court Claim No.: 1<br>Trustee Claim No.: 19<br>% to be Paid: 100.00 %<br>Claim Amount: $1,495.79 | Monthly Payment: $0.00<br>Claim Type: Mortgage Arrearage<br>Interest Rate: 0.00 %<br>Account: 7048 |
| Chase Home Finance Llc Ca<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127 | Court Claim No.: 2<br>Trustee Claim No.: 1<br>% to be Paid: Direct<br>Claim Amount: $105,887.39 | Monthly Payment: N/A<br>Claim Type: Home Mortgage Payment<br>Interest Rate: N/A<br>Account: 7691 |
| Ecast Settlement Corp<br>Po Box 35480<br>Newark, NJ 07193-5480 | Court Claim No.: 6<br>Trustee Claim No.: 4<br>% to be Paid: 100.00 %<br>Claim Amount: $9,257.00 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 3647 |
| Ecast Settlement Corp<br>Po Box 35480<br>Newark, NJ 07193-5480 | Court Claim No.: 8<br>Trustee Claim No.: 20<br>% to be Paid: 100.00 %<br>Claim Amount: $6,519.41 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 0941 |
| Executive Financial Consultant<br>310 Armour Rd # 220<br>N Kansas City, MO 64116 | Court Claim No.: Not Filed<br>Trustee Claim No.: 6<br>% to be Paid: 100.00 %<br>Claim Amount: Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: |
| Hsbc<br>Vativ Recovery Solutions Llc<br>Po Box 19249<br>Sugar Land, TX 77496 | Court Claim No.: 10<br>Trustee Claim No.: 7<br>% to be Paid: 100.00 %<br>Claim Amount: $3,531.38 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 5499441007308367 |

| | | |
|---|---|---|
| Kansas City Power & Light<br>Po Box 418679<br>Kansas City, MO 64141 | Court Claim No.:   7<br>Trustee Claim No.:   8<br>% to be Paid:   100.00 %<br>Claim Amount:   $794.30 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 2817-99-3073 |
| Kansas Counselors Inc<br>Po Box 14765<br>Shawnee Mission, KS 66285-4765 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   9<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: |
| Missouri Gas Energy<br>Attn Beckie Stark<br>3420 Broadway<br>Kansas City, MO 64111-2404 | Court Claim No.:   11<br>Trustee Claim No.:   10<br>% to be Paid:   100.00 %<br>Claim Amount:   $183.34 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 3673236035 |
| Neil Trummel<br>2 N 98Th St<br>Edwardsville, KS 66111 | Court Claim No.:<br>Trustee Claim No.:   15<br>% to be Paid:   Direct<br>Claim Amount:   $0.00 | Monthly Payment: N/A<br>Claim Type: Lease Payment Regular<br>Interest Rate: N/A<br>Account: |
| Peter Albert Prescotte<br>9918 Nw 71St Terr<br>Parkville, MO 64152 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   0<br>% to be Paid:   0.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: Debtor Refund<br>Interest Rate: 0.00 %<br>Account: |
| Portfolio Recovery Associates<br>Po Box 12914<br>Norfolk, VA 23541 | Court Claim No.:   5<br>Trustee Claim No.:   11<br>% to be Paid:   100.00 %<br>Claim Amount:   $11,220.24 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 4465611300573064 |
| Roundup Funding Llc<br>Ms 550<br>Po Box 91121<br>Seattle, WA 98111-9221 | Court Claim No.:   9<br>Trustee Claim No.:   13<br>% to be Paid:   100.00 %<br>Claim Amount:   $756.74 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 4141 |

Case No.: 07-50082-jwv-13                    Debtor: Peter Albert Prescotte

| | | |
|---|---|---|
| Target<br>Retailers National Bank<br>Po Box 59317<br>Minneapolis, MN 55459-0317 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   12<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 4352373403378331 |
| Wells Fargo Financial<br>Attn Bankruptcy Dept<br>4137 121St St<br>Urbandale, IA 50323 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   14<br>% to be Paid:   100.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: |

Any response to the notice must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If you received this notice via fax, e-mail or EDI, it may not be docketed with the U.S. Bankruptcy Court for 1-3 business days. If the debtor's counsel is not registered for electonic filing, you must serve the response by mail. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. If you have questions about this document, contact your attorney.

Dated: August 08, 2007                                          /s/ Richard V. Fink, Trustee

                                                                Richard V. Fink, Trustee
                                                                818 Grand Blvd., Suite 800
                                                                Kansas City, MO 64106-1901

## NOTICE OF SERVICE

The Notice Allowing/Disallowing Claims will be served either by mail or electronically on the debtor and the debtor's attorney. The Individual creditors will be served by mail or electronically, an Acknowledgment which sets out their claim(s) related to this case.

                                                                /s/ Richard V. Fink, Trustee